UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FRANK'S INTERNATIONAL, LLC

VERSUS

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURG, PA, ET AL.

CIVIL ACTION

NO. 16-525-JJB-RLB

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr. dated November 15, 2016 (doc. no. 17) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Motion to Remand (doc. no. 5) is GRANTED, and this matter is REMANDED to the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana.

Baton Rouge, Louisiana, this 14th day of December, 2016.

_____
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA